IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) ) | JUDGE POLSTER |
| v. ) ) | CASE NO. 4:19 CR 278 |
| JAMAAR J. KIMBLE, ) ) ) | Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), (b)(1)(D), and 846; Title 18, United States Code, Section 924(c)(1)(A)(i) |
| Defendant. ) ) | |

COUNT 1
(Attempted Possession with Intent to Distribute Cocaine, 21 U.S.C. §846)

The Grand Jury charges:

1. On or about January 31, 2017, in the Northern District of Ohio, Eastern Division, Defendant JAMAAR J. KIMBLE did knowingly and intentionally attempt to possess with the intent to distribute at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II) and 846.

COUNT 2
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about January 31, 2017, in the Northern District of Ohio, Eastern Division, Defendant JAMAAR J. KIMBLE did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Possession with Intent to Distribute Marijuana, 21 U.S.C. §§841(a)(1) and (b)(1)(D))

The Grand Jury further charges:

3. On or about January 31, 2017, in the Northern District of Ohio, Eastern Division, Defendant JAMAAR J. KIMBLE did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

COUNT 4
(Possession of Firearms in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

4. On or about January 31, 2017, in the Northern District of Ohio, Eastern Division, Defendant JAMAAR J. KIMBLE did knowingly possess firearms, those are:

    a. a Smith & Wesson, Model SD 40, .40 caliber pistol, serial number HEJ4839;

    b. a Sig Sauer, Model P229, 9mm pistol, serial number AGU17788;

    c. a Glock, Model 22, .40 caliber pistol, serial number YMT367;

    d. a Ruger, .380 caliber pistol, serial number 37849121;

    e. a Taurus, .40 caliber pistol, serial number SHN97642;

    f. a Smith & Wesson, Model MP40, .40 caliber pistol, serial number DXB3904;

    g. a Ruger, Model LC9, .380 pistol, serial number 32766120; and

    h. a Ruger, Model SP101, .357 caliber pistol, serial number 57142561,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, those are, attempted possession with the intent to distribute cocaine, a Schedule II controlled substance, as charged in Count 1 of this indictment, possession with the intent to distribute cocaine, a Schedule II controlled substance, as charged in Count 2 of this indictment,

and possession with the intent to distribute marijuana, a Schedule I controlled substance, as charged in Count 3 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A), in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 4, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant JAMAAR J. KIMBLE shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, any and all property (including firearms and ammunition) involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.